# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TYRONE T. MILLER and )
SHEILA MILLER, )
                              )
   Plaintiffs, )
                              )
v. )  Case No. CV413-239
                              )
NAVALMAR (UK), )
                              )
   Defendant. )

## ORDER

The Court **GRANTS** Homeport Insurance Company's motion to intervene (doc. 14), which is unopposed under L.R. 7.5 (failure to respond means no opposition).

**SO ORDERED**, this 3rd day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA