UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TYRONE T. MILLER and SHEILA MILLER ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.: 4:13-CV-00239-WTM-GRS |
| ) | |
| HOMEPORT INSURANCE COMPANY ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| NAVALMAR (UK) LTD., ) | |
| GRIEG STAR SHIPPING, AS, GRIEG STAR AS, ) | |
| and GRIEG STAR SHIPPING (USA) INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION
## FOR SUBSTITUTION OF PARTIES

The Parties having jointly moved under Federal Rules of Civil Procedure 15, 17, 19 and 21 to a substitution of Grieg Shipping II AS into the case as Party-Defendant, in place of currently-named Defendants Grieg Star Shipping, AS, Grieg Star AS and Grieg Star Shipping (USA) Inc., and the Parties having further consented to a dismissal without prejudice of Grieg Star Shipping, AS, Grieg Star AS, and Grieg Star Shipping (USA) Inc. without prejudice, as part of that substitution of parties.

IT IS HEREBY ORDERED that Grieg Shipping II AS is hereby added as a Party-Defendant in the above-styled matter, and Grieg Star Shipping, AS, Grieg Star AS and Grieg Star Shipping (USA) Inc. are hereby dismissed without prejudice under Federal Rules of Civil Procedure 15, 17, 19 and 21. Plaintiffs are given leave to file hereby ordered to file an

amended Complaint with Grieg Shipping II AS named as a party-defendant within ten (10) days of the date of this Order.

SO ORDERED this 30th day of July, 2014.

_____
Magistrate Judge, United States District Court
For the Southern District of Georgia

Requested and Consented to this _____ day of July, 2014.

FOR THE DEFENDANT GRIEG STAR SHIPPING (USA) INC.:

Hunter, Maclean, Exley & Dunn

/s/ Colin A. McRae
Colin A. McRae
Georgia State Bar No. 499045
Post Office Box 9848
Savannah, GA 31412-0048
(912) 236-0261
(912) 236-4936 Fax
cmcrae@huntermaclean.com

FOR PLAINTIFFS TYRONE T. MILLER and SHEILA MILLER:

Jones, Boykin & Associates

/s/ Noble L. Boykin, Jr.
Noble L. Boykin, Jr.
Georgia State Bar No. 078512
213 East 38th Street
Savannah, GA 31401
(912) 236-6161
jbsalaw@comcast.net

FOR INTERVENOR HOMEPORT INSURANCE COMPANY:

/s/ Shari S. Miltiades
Shari Miltiades
Shari S. Miltiades, P.C.
359 Commercial Drive
Savannah, Georgia 31406
sharimiltiades@hotmail.com

FOR PLAINTIFFS NAVALMAR

/s/ Vonnetta L. Benjamin
Vonnetta L. Benjamin
Ryan Gilsenan
Womble, Carlyle, Sandridge & Rice, LLP
271 17th Street, NW
Suite 2400
Atlanta, Georgia 30363-1017
vbenjamin@wcsr.com
rgilsenan@wcsr.com

Order Prepared By:

Colin A. McRae
Georgia Bar No. 499045
Hunter, Maclean, Exley & Dunn, P.C.
Post Office Box 9848
Savannah, Georgia 31412
(912) 236-0261 Telephone
(912) 236-4936 Facsimile
cmcrae@huntermaclean.com