IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE T. MILLER and SHEILA )
MILLER, )
 )
    Plaintiffs, )
 )
HOMEPORT INSURANCE COMPANY, )
 )
    Intervenor, )    CASE NO. CV413-239
 )
v. )
 )
NAVALMAR (UK) LTD. and GRIEG )
SHIPPING II AS, )
 )
    Defendants. )
 )

## ORDER

Before the Court is the parties' Joint Consent Motion for Dismissal Without Prejudice of Intervenor Homeport Insurance Company. (Doc. 121.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Intervenor Homeport's claims[1] in this case are **DISMISSED WITHOUT PREJUDICE**. Each party in this action shall bear its own costs and attorney fees.

SO ORDERED this 15th day of August 2016.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

---

[1] Intervenor Homeport's claims were entirely derivative of Plaintiffs' claims, which this Court previously dismissed on summary judgment. (Doc. 113.)