# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| TYRONE T. MILLER, and<br>SHEILA MILLER<br><br>    Plaintiff,<br><br>v.<br><br>HOMEPORT INSURANCE<br>COMPANY,<br><br>    Intervenor,<br><br>v.<br><br>NAVALMAR (UK), LTD., and<br>GRIEG SHIPPING II AS,<br><br>    Defendants. | CV413-239 |

## ORDER

Walter F. Curran was retained as a defense expert. Doc. 123. Acting *pro se*, he moves the Court to compel payment for his deposition by plaintiffs. *Id.* Plaintiffs respond that they have now tendered the requested sum to Curran. Doc. 124 at 2. Setting aside the question of Curran's standing, his motion is **DENIED** as moot.

**SO ORDERED**, this 15th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA